ORIGINAL

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   TAMAR KOUYOUMJIAN (CA SBN 254148)
4  Assistant United States Attorney
     Room 7211, Federal Building
5    300 North Los Angeles Street
     Los Angeles, California  90012
6    Telephone:  (213) 894-7388
     Facsimile:  (213) 894-0115
7    Email: tamar.kouyoumjian@usdoj.gov

8  Attorneys for United States of America

9

                  UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                        WESTERN DIVISION
12

13

UNITED STATES OF AMERICA,          )   Case No. EDCV11-1683VAP(OPx)
14                                 )
                Petitioner,        )   [PROPOSED] ORDER TO SHOW CAUSE
15                                 )
          vs.                      )
16                                 )
WEN DING,                          )
17                                 )
                Respondent.        )
18                                 )

19       Upon the Petition and supporting Memorandum of Points and

20  Authorities   and the supporting Declaration to the Petition, the

21  Court finds that Petitioner has established its *prima facie* case

22  for judicial enforcement of the subject Internal Revenue Service

23  ("IRS" and "Service") summons. *See* United States v. Powell, 379

24  U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

25  Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

26  1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

27  1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

28

                                   1

1  1995) (the Government's *prima facie* case is typically made

2  through the sworn declaration of the IRS agent who issued the

3  summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4  (9th cir. 1993).

5     **THEREFORE, IT IS ORDERED** that Respondent appear before this

6  District Court of the United States for the Central District of

7  California in Courtroom No. *TWO*,

8  _____  United States Courthouse
           312 North Spring Street,
9          Los Angeles, California 90012

10

11  _____  Roybal Federal Building and United States Courthouse
            255 E. Temple Street,
12          Los Angeles, California 90012

13

14  _____  Ronald Reagan Federal Building and United States Courthouse
            411 West Fourth Street,
15          Santa Ana, California 92701

16

17  ✓     Brown Federal Building and United States Courthouse
            3470 Twelfth Street, Riverside, California 92501

18

19  on **November 21, 2011, at 10:00 a.m.**

20  and show cause why the testimony and production of books, papers,

21  records and other data demanded in the subject Internal Revenue

22  Service summons should not be compelled.

23     **IT IS FURTHER ORDERED** that copies of this Order, the

24  Petition, Memorandum of Points and Authorities, and accompanying

25  Declaration be served promptly upon Respondent by any employee of

26  the Internal Revenue Service or by the United States Attorney's

27  Office, by personal delivery, or by leaving copies of each of the

28  foregoing documents at the Respondent's dwelling or usual place

2

1  of abode with someone of suitable age and discretion who resides

2  there, or by certified mail.

3      **IT IS FURTHER ORDERED** that within ten (10) days after

4  service upon Respondent of the herein described documents,

5  Respondent shall file and serve a written response, supported by

6  appropriate sworn statements, as well as any desired motions.

7  If, prior to the return date of this Order, Respondent files a

8  response with the Court stating that Respondent does not desire

9  to oppose the relief sought in the Petition, nor wish to make an

10 appearance, then the appearance of Respondent at any hearing

11 pursuant to this Order to Show Cause is excused, and Respondent

12 shall be deemed to have complied with the requirements of this

13 Order.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    **IT IS FURTHER ORDERED** that all motions and issues raised by

2  the pleadings will be considered on the return date of this

3  Order.   Only those issues raised by motion or brought into

4  controversy by the responsive pleadings and supported by sworn

5  statements filed within ten (10) days after service of the herein

6  described documents will be considered by the Court.   All

7  allegations in the Petition not contested by such responsive

8  pleadings or by sworn statements will be deemed admitted.

9

10  DATED: Oct. 24 2011                    _____

11                                          United States District Judge

12  Presented By:

13  ANDRÉ BIROTTE JR.
    United States Attorney

14  SANDRA R. BROWN
    Assistant United States Attorney

15  Chief, Tax Division

16

17  _____
    TAMAR KOUYOUMJIAN

18  Assistant United States Attorney
    Attorneys for United States of America

19  Petitioner

20

21

22

23

24

25

26

27

28

4