1 ANDRÉ BIROTTE JR.
  United States Attorney
2 SANDRA R. BROWN
  Assistant United States Attorney
3 Chief, Tax Division
  TAMAR KOUYOUMJIAN (CA SBN 254148)
4 Assistant United States Attorney
    Room 7211, Federal Building
5   300 North Los Angeles Street
    Los Angeles, California  90012
6   Telephone:  (213) 894-7388
    Facsimile:  (213) 894-0115
7   Email: tamar.kouyoumjian@usdoj.gov

8 Attorneys for United States of America

9
                 UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                      EASTERN DIVISION
12

13
  UNITED STATES OF AMERICA,        Case No. EDCV11-1683 VAP (OPx)
14
                 Petitioner,       AMENDED ORDER TO SHOW CAUSE
15
        vs.                        Hearing Date: January 23, 2012
16                                 Time:   2:00 p.m.
                                   Location: Brown Federal Building,
17                                 United States Courthouse,
  WEN DING,                        Courtroom No. 2
18                                 3470 Twelfth Street
                 Respondent.       Riverside, CA 92501
19

20

21 _____

22      Upon the Petition and supporting Memorandum of Points and

23 Authorities, and the supporting Declaration to the Petition, the

24 Court finds that Petitioner has established its *prima facie* case

25 for judicial enforcement of the subject Internal Revenue Service

26 ("IRS" and "Service") summons.  *See* <u>United States v. Powell</u>, 379

27 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

28 <u>Crystal v. United States</u>, 172 F.3d 1141, 1143-1144 (9th Cir.

                              1

1  1999); <u>United States v. Jose</u>, 131 F.3d 1325, 1327 (9th Cir.

2  1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-120 (9th Cir.

3  1995) (the Government's *prima facie* case is typically made

4  through the sworn declaration of the IRS agent who issued the

5  summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

6  (9th Cir. 1993).

7      **THEREFORE**, **IT IS ORDERED** that Respondent appear before this

8  District Court of the United States for the Central District of

9  California in Courtroom No. 2,

10  ____   United States Courthouse
        312 North Spring Street,

11          Los Angeles, California 90012

12

13  ____   Roybal Federal Building and United States Courthouse
        255 E. Temple Street,

14          Los Angeles, California 90012

15

16  ____   Ronald Reagan Federal Building and United States Courthouse
        411 West Fourth Street,

17          Santa Ana, California 92701

18

19  _X___   Brown Federal Building and United States Courthouse
        3470 Twelfth Street, Riverside, California 92501

20

21  on **January 23, 2012, at 2:00 p.m.**

22  and show cause why the testimony and production of books, papers,

23  records and other data demanded in the subject Internal Revenue

24  Service summons should not be compelled.

25      **IT IS FURTHER ORDERED** that copies of this Order, the

26  Petition, Memorandum of Points and Authorities, and accompanying

27  Declaration be served promptly upon Respondent by any employee of

28  the Internal Revenue Service or by the United States Attorney's

Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    **IT IS FURTHER ORDERED** that all motions and issues raised by

2  the pleadings will be considered on the return date of this

3  Order.  Only those issues raised by motion or brought into

4  controversy by the responsive pleadings and supported by sworn

5  statements filed within ten (10) days after service of the herein

6  described documents will be considered by the Court.  All

7  allegations in the Petition not contested by such responsive

8  pleadings or by sworn statements will be deemed admitted.

9

10  DATED: November 17, 2011            _Virginia A. Phillips_____

11                                      **VIRGINIA A. PHILLIPS**
                                        United States District Judge

12  Presented By:

13  ANDRÉ BIROTTE JR.
    United States Attorney
14  SANDRA R. BROWN
    Assistant United States Attorney
15  Chief, Tax Division

16

17  _____

18  TAMAR KOUYOUMJIAN
    Assistant United States Attorney
    Attorneys for United States of America
19  Petitioner

20

21

22

23

24

25

26

27

28

                                4